NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MARK WILSON KIKER, *Petitioner*.

No. 1 CA-CR 18-0428 PRPC
FILED 10-2-2018

Petition for Review from the Superior Court in Maricopa County
No. CR2007-126197-001
The Honorable David King Udall, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Mark Wilson Kiker, Kingman
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge James P. Beene, Judge Michael J. Brown and Chief Judge Samuel A. Thumma delivered the following decision.

---

**PER CURIAM**:

¶1   Petitioner Mark Wilson Kiker seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's second petition.

¶2   Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3   We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

¶4   We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED: AA